**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00028-CMA-KLM

DELISE ROSS,

    Plaintiff,

v.

DEPUTY AMON,

    Defendant.

---

**ORDER AFFIRMING AND ADOPTING MAY 5, 2011 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

    The above-entitled and numbered civil action was referred to United States Magistrate Judge Kristen L. Mix pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).  On May 5, 2011, the Magistrate Judge issued a Recommendation (Doc. # 30) recommending that Defendant Deputy Amon's Motion for Summary Judgment (Doc. # 25) be granted.  Plaintiff, proceeding *pro se*, filed objections to the Recommendation (Doc. # 32) and a supplement to those objections (Doc. # 33).  However, Plaintiff merely asserts the same arguments presented in opposition to Defendant's Motion for Summary Judgment, *i.e.*, Plaintiff does not raise any new legal or factual issues in her objections.  In sum, Plaintiff reiterates that a CD-Rom, submitted as Exhibit B to Defendant's Motion for Summary Judgment evidences Defendant's use of an excessive amount of force to control Plaintiff during an arrest.  (Doc. # 32 at 1; *see also* Doc. # 33 at 2.)

The Court has conducted a *de novo* review of this matter, including carefully reviewing all relevant pleadings, the Recommendation, Plaintiff's objections and supplement to those objections, and Exhibit B (Doc. # 25-2) to Defendant's Motion for Summary Judgment.

The Court finds Plaintiff's objections are without merit. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

Accordingly, IT IS ORDERED THAT:

(1) The May 5, 2011 Recommendation of United States Magistrate Judge Kristen L. Mix (Doc. # 30) is AFFIRMED AND ADOPTED;

(2) Defendant Deputy Amon's Motion for Summary Judgment (Doc. # 25) is GRANTED; and

(3) This case is DISMISSED WITH PREJUDICE.

DATED:  June   10  , 2010

BY THE COURT:

_Christine M Arguello_

CHRISTINE M. ARGUELLO
United States District Judge